## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **HOMESITE INS. CO. OF THE MIDWEST,** | : | **Civil No. 1:22-CV-1664** |
| | : | |
| | : | |
| **Plaintiff** | : | **(Judge Conner)** |
| | : | |
| **v.** | : | |
| | : | |
| **OMAR EWIDEH, et al.,** | : | **(Magistrate Judge Carlson)** |
| | : | |
| **Defendants** | : | |

## <u>MEMORANDUM ORDER</u>

THE BACKGROUND OF THIS ORDER IS AS FOLLOWS:

This case is a declaratory judgment action brought by Homesite Insurance Company of the Midwest ("Homesite") against two of its insureds, Omar Ewideh and Nivertiti Geaith. (Doc. 1). In this lawsuit Homesite seeks a determination of whether it has fully discharged its legal responsibilities under its homeowner insurance policy with the defendants. According to Homesite the insureds' home suffered water leak damage on two separate occasions, and experienced mold damage which was covered on Homesite's policy. Homesite alleges that it paid the defendants more than $294,000 as reimbursement on these claims pursuant to the terms of this homeowner policy. (<u>Id.</u>, ¶¶ 1-56).

Notwithstanding these payments, Homesite alleges that the defendants have filed additional claims against its policy but has violated that policy by refusing to cooperate in the investigation of these additional claims; refusing to permit inspection of the property; failing to protect the property; and failing to properly document their claimed losses. (Id., ¶¶ 57-111). Homesite also asserts that the defendants have made false statements and concealed material facts from the plaintiff in the course of its investigation of these claims in violation of the homeowner policy. (Id., ¶¶ 112-24). Cast against the backdrop of these factual averments Homesite seeks a declaratory judgment that it has properly and adequately adjusted the defendants' claims under this homeowner insurance policy. (Id., ¶¶ 125-29).

The parties are embroiled in a contentious course of litigation and discovery. In order to resolve these issues we have scheduled an in person conference at **10:00 a.m. on May 30, 2023 in Courtroom 6,** at the United States Courthouse, Harrisburg, Pennsylvania, where we will rule on discovery issues, as well as set aside a room and sequester the parties until they resolve these pending discovery matters and fully respond to these discovery requests. We note that the defendants waited until the close of business on May 26, 2023 to belatedly seek a continuance of this conference. (Docs. 98 and 99). These motions to continue were DENIED by the Court on May 27, 2023. Today, less than two hours before this scheduled

conference, the defendants have filed objections to the scheduling of this conference. (Doc. 104). In order to avoid any confusion, all parties are advised that nothing alters, delays or stays the schedule we have set. Therefore, all parties shall appear on **May 30 at 10:00 a.m**. as previously ordered. In addition, the defendants shall bring copies of all documents that are responsive to the outstanding requests for production of documents to this conference.  **The failure to do so may result in sanctions including exclusion of evidence or entry of adverse judgments.**

So ordered this 30th day of May 2023.

_S/ Martin C. Carlson_
Martin C. Carlson
United States Magistrate Judge