IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **HOMESITE INSURANCE COMPANY OF THE MIDWEST,** | : | No. 1:22cv1664 |
| **Plaintiff** | : | |
| | : | (Judge Munley) |
| | : | |
| | : | (Magistrate Judge Carlson) |
| v. | : | |
| | : | |
| **NIVERTITI GEAITH and OMAR EWIDEH,** | : | |
| | : | |
| **Defendants** | : | |

## ORDER

**AND NOW**, this _2nd_ day of May 2024, for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that:

1) Defendants' motion for reassignment (Doc. 279) is **DENIED**; and

2) Defendants' motion to set aside default judgment (Doc. 281) is **DENIED**.

BY THE COURT:

_____
JUDGE JULIA K. MUNLEY
United States District Court